IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

RUTH RODNEY,

    Plaintiff

v.                                               Case No.: 9:21-CV-80401-DMM

SUSSEX G Condominium Association, Inc. and
United Civic Organization, Inc. d/b/a United Civic
Organization of Century Village and
United Civic Organization of Century Village of
West Palm Beach,

    Defendants.
_____/

## **DEFENDANT, UNITED CIVIC ORGANIZATION INC'S, CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant, UNITED CIVIC ORGANIZATION, INC. d/b/a UNITED CIVIC ORGANIZATION OF CENTURY VILLAGE and UNITED CIVIC ORGANIZATION OF CENTURY VILLAGE of WEST PALM BEACH, ("Defendant" or "UCO") by and through undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby discloses the following:

1.      The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party.

- Plaintiff, Ruth Rodney;
- Plaintiff's law firm, Disability Rights Florida, Inc.;
- Plaintiff's lawyer, Molly J. Paris, Esq.;

1

- Plaintiff's lawyer, Katherine Hanson, Esq.;
- Plaintiff's law firm, Henrichsen Law Group, PLLC.;
- Plaintiff's lawyer, Neil L. Henrichsen, Esq.;
- Defendant, United Civic Organization, Inc. d/b/a United Civic Organization of Century Village and United Civic Organization of Century Village of West Palm Beach, Corp.;
- Defendant's lawyer, Stephanie Pidermann, Esq.;
- Defendant's lawyer, Kielan Saborit, Esq.;
- Defendant's law firm, Lydecker Diaz;
- Defendant, Sussex G Condominium Association, Inc.
- Defendant's lawyer, Karen Nissen, Esq.
- Defendant's law firm, Vernis & Bowling of Palm Beach, P.A.
- There are no parent corporations or publically held corporations that hold ten percent or more of Defendant's stock/membership interest.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings.

- None Known

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors).

- None Known

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution.

   None Known

5. Check one of the following:

   __X__ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

_____b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Dated this 23rd day of April, 2021.

          LYDECKER | DIAZ
*Attorneys for Defendant, UCO*
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131
Telephone: (305) 416-3180
Facsimile: (305) 416-3190

/s/ *Kielan Saborit*
Stephanie Pidermann, Esq.
Florida Bar Number: 60414
sp@lydeckerdiaz.com
KIELAN SABORIT, ESQ.
Florida Bar No: 1003527
ksm@lydeckerdiaz.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on April 23, 2021. I also certify that a true and correct copy of the foregoing was served this day via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

          /s/ *Kielan Saborit*
          Kielan Saborit, Esq.

## SERVICE LIST

| | |
|---|---|
| **Molly J. Paris, Esq.**<br>*Attorney for Plaintiff*<br>E-mail: mollyp@disabilityrightsflorida.org<br>Disability Rights Florida, Inc.<br>1930 Harrison St, Suite 104<br>Hollywood, FL 33020<br><br>**Ann Marie Cintron-Siegel**<br>*Attorney for Plaintiff*<br>E-mail: anns@disabilityrightsflorida.org<br>Disability Rights Florida, Inc.<br>1930 Harrison St., Suite 104<br>Hollywood, FL 33020<br><br>**Karen M. Nissen, Esq.**<br>*Counsel for Defendant, Sussex G*<br>Vernis & Bowling of Palm Beach, P.A. | **Katherine Hanson, Esq.**<br>*Attorney for Plaintiff*<br>E-mail: Katherineh@disabilityrightsflorida.org<br>Disability Rights Florida, Inc.<br>2473 Care Dr., Suite 200<br>Tallahassee, FL 32308<br><br>**Kathryn Strobach Esq.**<br>*Attorney for Plaintiff*<br>Email: KathrynS@disabiltyrightsflorida.org<br>Disability Rights Florida, Inc.<br>1930 Harrison St., Suite 104<br>Hollywood, FL 33020 |

| | |
|---|---|
| 884 U.S. Highway One<br>North Palm Beach, Florida 33408<br>E-mails: Knissen@florida-law.com<br>Secondary: Cschrader@florida-law.com<br>pbfiling@florida-law.com | |