**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**

**RUTH RODNEY,**

> **Plaintiff,**

**v.**                                                   **Case No.: 9:21-CV-80401-DMM**

**SUSSEX G Condominium Association, Inc. and**
**United Civic Organization, Inc. d/b/a United Civic**
**Organization of Century Village and**
**United Civic Organization of Century Village of**
**West Palm Beach,**

> **Defendants.**

_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

COMES NOW Plaintiff, RUTH RODNEY ("Plaintiff Rodney"), by and through counsel, Disability Rights of Florida, Inc., by and through its undersigned attorneys, pursuant to Fed.R.Civ.P. 7.1 and submit their Disclosure Statement/Certificate of Interested Persons referenced as follows:

I hereby disclose the following pursuant to this Court's interested persons order:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations,

publicly-traded companies that own 10% or more of a party's stock, and all other

identifiable legal entities related to any party in the case:

Plaintiff: Ruth Rodney

Attorneys for Plaintiff: Disability Rights Florida, Inc.
                                        Molly J. Paris
                                        Katherine Hanson
                                        Kathryn Strobach
                                        Ann Siegel
Attorney for Plaintiff:     HENRICHSEN LAW GROUP, PLLC
                                        Neil L. Henrichsen

Plaintiff states there are no parent corporations or publicly held corporations.

2) The name of every other entity whose publicly traded stock, equity, or debt may

be substantially affected by the outcome of the proceedings:

None

3) The name of every other entity which is likely to be an active participant in the

proceedings, including the debtor and members of the creditors' committee (or

twenty largest unsecured creditors) in bankruptcy cases:

None

4) The name of each victim (individual or corporate) of civil and criminal conduct

alleged to be wrongful, including every person who may be entitled to restitution:

Ruth Rodney

     I hereby certify that, except as disclosed above, I am unaware of any actual or

potential conflict of interest involving the District Judge and Magistrate Judge

assigned to this case and will immediately notify the Court in writing on leaning of

any such conflict.

RESPECTFULLY SUBMITTED,


/s/ Molly J. Paris
Molly J. Paris, Esq.
Disability Rights Florida, Inc.
Senior Staff Attorney
Florida Bar No.: 90486
1930 Harrison St
STE 104
Hollywood, FL 33020
800- 342-0823
TDD 800-346-4127
Fax 850-488-8640
mollyp@disabilityrightsflorida.org

/s/ Ann Marie Cintron-Siegel
Ann Marie Cintron-Siegel, Esq.
Disability Rights Florida, Inc.
Legal Director
Florida Bar No.: 166431
1930 Harrison St
STE 104
Hollywood, FL 33020
800-342-0823 ext 9790
TDD 800-346-4127
Fax 850-617-6647
anns@disabilityrightsflorida.org

/s/ Kathryn Strobach
Kathryn Strobach, Esq.
Disability Rights Florida, Inc.
Director of Investigations
Florida Bar No.: 670121
1930 Harrison St

STE 104
Hollywood, FL 33020
800- 342-0823
TDD 800-346-4127
Fax 850-488-8640
KathrynS@disabilityrightsflorida.org


/s/ Katherine Hanson
Katherine Hanson, Esq.
Disability Rights Florida, Inc.
Senior Staff Attorney
Florida Bar No.: 0071933
2473 Care Dr
Suite 200
Tallahassee, FL 32308
800-342-0823 ext 9713
TDD 800-346-4127
Fax 850-488-8640
katherineh@disabilityrightsflorida.org

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 23rd day of April 2021, a true and correct copy of the foregoing was electronically filed in the US District Court, Southern District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Molly J. Paris, Esq.
Fla. Bar No.: 90486